IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No. 08 CR 183 C |
| CARL W. WHITE, | 29 U.S.C. § 501(c) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

During the period from on or about December 13, 2000, to on or about August 11, 2005, in the Western District of Wisconsin, the defendant,

CARL W. WHITE,

while the treasurer of Local 251 of the International Alliance of Theatrical Stage Employees, a labor organization engaged in and affecting interstate commerce, embezzled, stole and unlawfully and willfully converted to his use approximately $85,963.31 belonging to Local 251 of the International Alliance of Theatrical Stage Employees.

(In violation of Title 29, United States Code, Section 501(c)).

DEC 4, 2008
Date

ERIK C. PETERSON
United States Attorney